MINUTE ENTRY
LONG, J.
JUNE 21, 2024
JS10 (0:08)

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM R. MCHUGH, III, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1300** |
| **ST. TAMMANY PARISH, ET AL.** | **SECTION "O"** |

### MINUTE ENTRY

The Court held a telephone status conference on Friday, June 21, 2024.

Bruce Warfield Hamilton participated for Plaintiffs. James J. Bolner, Jr., participated for Defendants.

The Court and counsel discussed the status of the case.