UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM R. MCHUGH, III, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1300** |
| **ST. TAMMANY PARISH, ET AL.** | **SECTION "O"** |

## ORDER

**IT IS ORDERED** that Defendants' motion[1] for leave to submit documents for *in camera* review is **GRANTED**. Counsel for Defendants may submit the documents for *in camera* review via email to eFile-Long@laed.uscourts.gov, copying counsel for Plaintiffs.

New Orleans, Louisiana, this 5th day of August, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 71.