UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM R. MCHUGH, III, ET AL. | CIVIL ACTION |
| VERSUS | NO. 24-1300 |
| ST. TAMMANY PARISH, ET AL. | SECTION "O" |

## ORDER

**IT IS ORDERED** that the telephone status conference scheduled for Thursday, September 12, 2024 at 2:00 p.m. is **CONTINUED** to Wednesday, September 18, 2024 at 10:00 a.m.

New Orleans, Louisiana, this 10th day of September, 2024.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE