# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| WILLIAM R. MCHUGH III, ANTHONY PARR, and REBECCA TAYLOR, Plaintiffs, v. SAINT TAMMANY PARISH, and DAVID COUGLE, in his official capacity, Defendants. | CIVIL ACTION NO.: 2:24-cv-1300 JUDGE: LONG MAGISTRATE JUDGE: DOSSIER |
|---|---|

## PLAINTIFFS' LIST OF EXHIBITS

Pursuant to this Court's September 18, 2024 Minute Entry and Order, R. Doc. 97, Plaintiffs submit the following list of the exhibits Plaintiffs may or will introduce at the October 15 hearing on Plaintiffs' renewed motion for a preliminary injunction.

Plaintiffs anticipate introducing the following exhibits:

| No. | Date | Type | Description |
|---|---|---|---|
| 1 | 10/25/22 | Recording | David Cougle speaks to LBOC |
| 2 | 10/30/22 | Article | "Culture War Clash" Times-Picayune photo |
| 3 | 11/7/22 | Recording | David Cougle on Ringside Politics Podcast |
| 4 | 11/9/22 | Article | Slidell Independent, "Library Pressure Builds" |
| 5 | 11/9/22 | PRR | Connie Phillips/STLAP to Kelly LaRocca |

1

| 6 | 11/10/22 | Article | NOLA.com, "Library creates new cards for kids" |
| 7 | 11/18/22 | Article | Slidell Independent, "New library book policy" |
| 8 | 12/3/22 | PRR | Connie Phillips obo STLAP |
| 9 | 12/4/22 | Memo | David Cougle/Cougle Law memo to parish council |
| 10 | 12/5/22 | Recording | David Cougle on Ringside Politics Podcast |
| 11 | 12/9/22 | Screenshot | David Cougle's Change.org petition |
| 12 | 12/13/22 | Recording | David Cougle speaks to LBOC |
| 13 | 12/13/22 | Rules | LBOC Rules and Regulations |
| 14 | 12/14/22 | Article | LA Illuminator, "Showdown over library books" |
| 15 | 12/16/22 | Recording | David Cougle on Holy N' Patriotic Jambalaya podcast |
| 16 | 1/4/23 | Article | LA Illuminator, "Fight over library books" |
| 17 | 1/9/23 | Screenshot | STLAP Facebook post, "Groomer" |
| 18 | 2/14/23 | Legislation | HB-25, text of bill pre-filed by Rep. Paul Hollis |
| 19 | 2/24/23 | Screenshot | STLAP Facebook post, "We do not target children" |
| 19B | 2/24/23 | Screenshot | Timestamp |
| 20 | 2/24/23 | Screenshot | STLAP News Facebook post, "He/her" |
| 20B | 2/24/23 | Screenshot | Timestamp |
| 21 | 2/25/23 | Screenshot | STLAP Facebook post, "fire all the Board" |
| 22 | 2/27/23 | Article | PBS, "As LGBTQ books challenges rise" |
| 23 | 3/8/23 | Recording | David Cougle speaks at Tangipahoa RPEC meeting |
| 24 | 3/9/23 | Screenshot | STLAP Facebook post, "gender affirmation ritual" |
| 24B | 3/9/23 | Screenshot | Timestamp |
| 25 | 3/27/23 | Recording | David Cougle speaks to LBOC |

| 26 | 3/28/23 | Article | "With heated opposition, library board keeps books" |
|---|---|---|---|
| 27 | 4/5/23 | Screenshot | STLAP News Facebook post re Mandeville billboard |
| 27B | 4/5/23 | Screenshot | Timestamp |
| 28 | 4/5/23 | Screenshot | STLAP News Facebook post re Mandeville HS protest |
| 28B | 4/5/23 | Screenshot | Timestamp |
| 29 | 4/12/23 | Screenshot | STLAP News Facebook post, "called Jesus a drag queen" |
| 29B | 4/12/23 | Screenshot | Timestamp |
| 30 | 4/19/23 | Recording | David Cougle speaks at Military Road Alliance meeting |
| 31 | 6/8/23 | Screenshot | STLAP News Facebook post, "Pride displays will not return" |
| 31B | 6/8/23 | Screenshot | Timestamp |
| 32 | 6/8/23 | Screenshot | Text messages David Fitzgerald/Anthony Parr |
| 32B | 6/8/23 | Screenshot | Text messages David Fitzgerald/Anthony Parr |
| 32C | 6/8/23 | Screenshot | Text messages David Fitzgerald/Anthony Parr |
| 32D | 6/8/23 | Screenshot | Text messages David Fitzgerald/Anthony Parr |
| 32E | 6/8/23 | Screenshot | Text messages David Fitzgerald/Anthony Parr |
| 33 | 6/11/23 | Screenshot | STPLAP.com, "Parish Council appoints zealots" |
| 34 | 6/12/23 | Screenshot | STLAP News Facebook post, "puberty blockers for gender" |
| 34B | 6/12/23 | Screenshot | Timestamp |
| 35 | 6/17/23 | Screenshot | Concerned Citizens of St. Tammany Facebook post re "hyper-partisan Bill McHugh" |
| 36 | 6/18/23 | Screenshot | STLAP News Facebook post re "two far-left liberals" |
| 37 | 6/20/23 | Screenshot | STLAP News Facebook post re "rabid political activist" |
| 38 | 6/23/23 | Screenshot | STLAP News Facebook post re "Covington billboard" |

| 39 | 6/24/23 | Screenshot | STLAP News Facebook post, "puberty blockers" |
|---|---|---|---|
| 39B | 6/24/23 | Screenshot | Timestamp |
| 40 | 6/29/23 | Newspaper ad | Slidell Independent, Citizens for Common Sense Solutions |
| 41 | 7/7/23 | Screenshot | Connie Phillips Facebook post, "Groomer roll call" |
| 42 | 7/8/23 | E-mail | Connie Phillips to Parish Council, "left wing activist" |
| 43 | 7/9/23 | Screenshot | STLAP News Facebook post re "left-wing activist" |
| 44 | 7/18/23 | E-mail | Connie Phillips to David R re "LAP analysis" |
| 45 | 7/24/23 | E-mail | Bill McHugh to Mike Lorino re "Connie is on warpath" |
| 46 | 8/7/23 | Screenshot | STLAP News Facebook post, "this guy in charge" |
| 47 | 8/12/23 | Screenshot | STLAP News Facebook post, "activist running library" |
| 48 | 8/12/23 | Screenshot | Connie Phillips Facebook post, "you will go down" |
| 49 | 8/14/23 | Screenshot | Connie Phillips Facebook post, "enlightening red necks" |
| 50 | 8/14/23 | Screenshot | Connie Phillips Facebook post, "activist" |
| 51 | 8/24/23 | Screenshot | STLAP News Facebook post, "political activist runs library" |
| 52 | 8/28/23 | Survey | Candidates survey compiled by Abigail Licatino |
| 52B | 8/9/24 | Declaration | Declaration of Abigail Licatino |
| 53 | 8/29/23 | E-mail | STLAP to Council re "Parish Council meeting derailed" |
| 54 | 8/30/23 | Recording | David Cougle speaks to Parish Council |
| 55 | 9/12/23 | Recording | David Cougle speaks on Ringside Politics podcast |
| 56 | 11/6/23 | Article | Nola.com Election Guide |
| 57 | 12/21/23 | Screenshot | STLAP News Facebook post, "withdrawn all SOCs" |
| 58 | 12/21/23 | E-mail | Kelly LaRocca to Parish Council re withdrawn SOCs |
| 59 | 12/21/23 | E-mail | Connie Phillips to Kelly LaRocca re "SOCs withdrawn" |

| 60 | 12/22/23 | E-mail | Rebecca Taylor to LBOC re e-mails sent to Illuminator |
| 61 | 12/26/23 | Screenshot61 | STLAP News Facebook post, "ALA activist LaRocca" |
| 61B | 12/26/23 | Screenshot | Timestamp |
| 62 | 1/2/24 | E-mail | Connie Phillips to David Cougle, Kathy Seiden re "Transgender book in TODDLERS section" |
| 63 | 1/5/24 | Screenshot | STLAP News Facebook post, "official policy" |
| 64 | 1/8/24 | Article | Slidell Independent, "Library Board to be replaced" |
| 65 | 1/8/24 | E-mail | David Cougle to Rebecca Taylor re CP e-mail sent to media |
| 66 | 1/8/24 | E-mail | David Cougle to Patrick, Arthur re "Request for documents" |
| 67 | 1/11/24 | Recording | Parish Council meeting |
| 68 | 1/13/24 | Screenshot | STLAP News Facebook post, "intentional violation breaking LBOC resolution to restrict this book" |
| 68B | 1/13/24 | Screenshot | Timestamp |
| 69 | 1/18/24 | E-mail | David Cougle to Attorney General re La. R.S. 25:214 |
| 70 | 1/24/24 | E-mail | STLAP to Parish Council re "Exhausted – Library" |
| 71 | 1/27/24 | Memo | David Cougle position paper re: La. R.S. 25:214 |
| 72 | 1/31/24 | E-mail | David Cougle to Terry Hand re "Fwd: Your public records request of January 17" |
| 73 | 2/5/24 | E-mail | Kelly LaRocca to Connie Phillips "re: Book request" |
| 74 | 2/8/24 | Recording | Parish Council meeting |
| 75 | 2/20/24 | E-mail | Cheryl Tanner to David Cougle re resume |
| 76 | 2/27/24 | E-mail | STLAP Board to Parish Council, "Update on Library millage" |
| 77 | 2/29/24 | E-mail | STLAP Board to Parish Council, "Leadership" |
| 78 | 3/1/24 | Legislation | HB 640, text of bill pre-filed by Rep. Jay Galle |

| 79 | 3/4/24 | E-mail | Rebecca Taylor to Parish Council re resume |
|---|---|---|---|
| 80 | 3/7/24 | Recording | Parish Council meeting |
| 81 | 3/7/24 | Resolution | David Cougle proposal |
| 82 | 3/8/24 | E-mail | STLAP to Council "Ambush on Koop—Judas!" |
| 83 | 3/8/24 | E-mail | Jeff Corbin to David Cougle, "Your face on a billboard" |
| 84 | 3/9/24 | E-mail | Jeff Corbin to David Cougle, "Dangerous-Guilty as charged" |
| 85 | 3/9/24 | E-mail | David Cougle to Jeff Corbin, "Dangerous-Guilty as charged" |
| 86 | 3/12/24 | E-mail | Connie Phillips to Parish Council, "***hole Republicans" |
| 87 | 3/14/24 | E-mail | Connie Phillips to Parish Council re "No reform. No millage" |
| 88 | 3/14/24 | E-mail | Emily Couvillion to Rebecca Taylor re legal research |
| 89 | 3/18/24 | Press release | Re: Concealed Weapon |
| 90 | 3/19/24 | E-mail | Rebecca Taylor to Cazaubon, Corbin re Couvillion e-mail |
| 91 | 3/20/24 | Recording | Community Meeting regarding library sponsored by parish |
| 92 | 3/20/24 | E-mail | David Cougle to Patrick "Fw:" (April agenda draft) |
| 93 | 3/20/24 | E-mail | Diana Velez to David Cougle "Fw: April agenda draft" |
| 94 | 4/2/24 | E-mail | Rick Franzo to Parish Council re "Parish Council meeting" |
| 95 | 4/4/24 | Recording | Parish Council meeting |
| 96 | 4/4/24 | Resolution | C-6909 |
| 97 | 4/5/24 | Recording | Telephone call Cheryl Tanner to Bill McHugh |
| 98 | 4/8/24 | E-mail | Connie Phillips to Parish re "Parr signing Alliance Petition" |
| 99 | 4/8/24 | E-mail | Connie Phillips to Parish Council re "Anthony Parr" |
| 100 | 4/11/24 | E-mail | David Cougle to A. Gonzales, "nominee questionnaire" |
| 101 | 4/12/24 | E-mail | David Cougle to Rebecca Taylor re questionnaire |

| 102 | 4/14/24 | E-mail | David Cougle to Rebecca Taylor re questionnaire |
| 103 | 4/19/24 | E-mail | Rebecca Taylor to Parish Council re AG opinion 17-0193 |
| 104 | 4/22/24 | Recording | LBOC meeting |
| 105 | 4/25/24 | Newspaper ad | Slidell Independent, Citizens for Common Sense Solutions |
| 106 | 5/2/24 | Recording | Telephone call Jeff Corbin to Bill McHugh |
| 107 | 5/2/24 | Recording | Parish Council meeting |
| 108 | 5/2/24 | Resolution | C-6933 |
| 109 | 5/2/24 | Resolution | C-6949 |
| 110 | 5/2/24 | Voting sheets | Votes for LBOC nominees |
| 111 | 5/2/24 | Screenshot | Donna Bonnoitt Facebook post |
| 112 | 5/3/24 | Screenshot | Patrick Burke Facebook post |
| 113 | 5/13/24 | Article | Slidell Independent, "Promises Made, Promises Kept" |
| 114 | 5/13/24 | Spreadsheet | List of Statements of Concern |
| 115 | 5/14/24 | E-mail | Buckley to Council re Updated Appointment Book |
| 116 | 5/19/24 | Recording | David Cougle on Washington Watch |
| 117 | 5/24/24 | Screenshot | Donna Bonnoitt Facebook post |
| 118 | 8.5.24 | Declaration | Kevin Chiri Declaration re: Slidell Independent ads |
| 119 | 8.6.24 | Screengrab | SMA Action Alert |
| 120 | 8.2.23 | Flyer | CCST Information Session |
| 121 | 13.24 | E-mail | David Cougle to Kevin Chiri chain re "e-mail flap" |
| 122 | 8.9.23 | E-mail | STLAP to various "meeting derailed" |
| 123 | 6.13.23 | E-mail | STLAP to David Cougle "Reviews on board appointments" |

| 124 | 6.12.23 | E-mail | STLAP to David Cougle "Volunteers needed" |
|---|---|---|---|
| 125 | 11.12.22 | E-mail | Bonnoitt to various "library pornography books" |
| 126 | 8.7.23 | E-mail | STLAP to various "August 7 meeting" |
| 127 | 8.18.23 | E-mail | Cougle to various "Response from Cheryl Tanner" |
| 128 | 8.18.23 | E-mail | Cougle to Johanna Miner "Response from Cheryl Tanner" |
|  |  |  | Any exhibit listed by Defendants |

Plaintiffs reserve the right to introduce any exhibit listed by Defendants, including but not limited to all recordings of Parish Council meetings and recordings of Library Board of Control meetings from June 2023 to present.

Respectfully submitted by:

/s/ *Bruce Hamilton*
Bruce Hamilton, La. Bar No. 33170
Warfield Hamilton Law, LLC
725 Hagan Avenue
New Orleans, Louisiana 70110
Telephone: (504) 507-0816
Email: WarfieldHamiltonLaw@Gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system.

/s/ *Bruce Hamilton*