UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM R. MCHUGH III, ANTHONY PARR, and REBECCA TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>SAINT TAMMANY PARISH, and DAVID COUGLE, in his official capacity,<br><br>Defendants. | CIVIL ACTION NO.: 2:24-cv-1300<br><br>JUDGE: LONG<br><br>MAGISTRATE JUDGE: DOSSIER |

## PLAINTIFFS' LIST OF WITNESSES

Pursuant to this Court's September 18, 2024 Minute Entry and Order, R. Doc. 97, Plaintiffs submit the following list of witnesses they may or will call to testify at the October 15 hearing on Plaintiffs' renewed motion for a preliminary injunction.

Plaintiffs anticipate calling the following witnesses:

| No. | Name | Expected Testimony |
|---|---|---|
| 1. | Rebecca Taylor | Plaintiff Taylor will testify about her relevant experience on LBOC, including details about manner and method by which she was originally appointed. She will provide testimony about her service on the LBOC, including details about statements she made during official meetings, votes she took, and views she expressed. She will describe the critical statements made about her by Saint Tammany Library Accountability Project ("STLAP") members and the political controversy regarding library materials. She will testify about e-mails and documents she produced or received. |

1

| 2. | Cynthia Weatherly | Fact witness Weatherly will testify about the library controversy, her own observations from attending LBOC meetings, and statements made by STLAP online. She will testify about social media posts she recorded. |
|---|---|---|
| 3. | Anthony Parr | Plaintiff Parr will testify about his relevant experience as member of the LBOC, including details about the manner and method by which he was originally appointed. He will testify about his service on the LBOC, including details about statements he made during official meetings, votes he took, and views he expressed. He will describe the critical statements made about him by STLAP members, including Mr. Cougle, and his reaction to political controversy regarding library materials. He will testify about text messages he received. |
| 4. | Kristen Luchsinger | Fact witness Luchsinger will testify about the library controversy, her own observations from attending LBOC meetings, and statements made by STLAP online. She will testify about social media posts she recorded and public-records requests she made and the results obtained. She will also testify about recordings she made of Mr. Cougle in public meetings. |
| 5. | William "Bill" McHugh | Plaintiff McHugh will testify about his relevant experience as member of the LBOC, including details about the manner and method by which he was originally appointed. He will testify about his service on the LBOC, including details about statements he made during official meetings, votes he took, and views he expressed. He will testify about conversations he had with Parish Council members. He will describe the critical statements made about him by STLAP members, including Mr. Cougle, and his reaction to political controversy regarding library materials. He will testify about social media posts he recorded. |
| 6. | Cheryl Tanner | Parish Council member Tanner will testify about her actions on the Council, the library controversy, and her non-privileged communications. |
| 7. | Jeffrey Corbin | Parish Council member Corbin will testify about his actions on the Council, the library controversy, and her non-privileged communications. |
| 8. | Martha Cazaubon | Parish Council member Cazaubon will testify about her actions on the Council, the library controversy, and her non-privileged communications. |
| 9. | David Cougle | Defendant Cougle will testify about statements he made before his and after his election to the parish council, his efforts to remove LBOC members, and votes/actions he took as a member of the Council, subject to his deposition. He will testify about recordings of his statements, e-mails he sent or received, and other documents. |

Plaintiffs reserve the right to call any witness identified by Defendants. Plaintiffs reserve the right to call records custodians or other qualified witnesses as necessary to lay a sufficient foundation for the authentication and admission of documentary evidence.

        Respectfully submitted by:

        /s/ *Bruce Hamilton*
        Bruce Hamilton, La. Bar No. 33170
        Warfield Hamilton Law, LLC
        725 Hagan Avenue
        New Orleans, Louisiana 70110
        Telephone: (504) 507-0816
        Email: WarfieldHamiltonLaw@Gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system.

/s/ *Bruce Hamilton*