UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM R. MCHUGH III, ANTHONY PARR, and REBECCA TAYLOR, | * * * * | CIVIL ACTION NO.: 2:24-cv-1300 |
| Plaintiffs, | * * | JUDGE: BRANDON S. LONG |
| v. | * * * | MAGISTRATE JUDGE: EVA J. DOSSIER |
| SAINT TAMMANY PARISH, and DAVID COUGLE, in his official capacity, | * * * | |
| Defendants. | * * | |

## OBJECTION TO PLAINTIFFS' WITNESS LIST

Plaintiffs listed four current members of the St. Tammany Parish Council their as witnesses: Cheryl Tanner, Jeffrey Corbin, Martha Cazaubon, and David Cougle. Plaintiffs' counsel has communicated his intent to use "designated portions" of the deposition transcripts, but has not, as of the filing of this pleading, designated which portions of the deposition transcripts he intends use. Counsel has also indicated that the Plaintiffs will not abide by the stipulation between the parties that all of the councilmembers' testimony pertaining to facts within the legislative sphere were covered by the legislative privilege. Counsel's position now is that the testimony is admissible because specific objections were not raised as to each question that pertained to the council's legislative activity.

The Defendants object to any attempt by the Plaintiffs to introduce any testimony of any councilmember given at any deposition, or any attempt to elicit any testimony from any of the councilmember witnesses at the hearing on Plaintiffs' renewed motion for a mandatory injunction.

The use of the live testimony and deposition testimony violates both the limited stay entered by this Court on August 12, 2024, (ECF 94) and it violates the stipulation between the parties concerning the use of testimony that pertains to issues covered by the legislative privilege. The Defendants rely on, and incorporate by reference their motion in limine and supporting documents (ECF 70). Further the Defendants will address the use of deposition testimony in the brief that they intend to file on or before October 4, 2024 as provided for in this Court's scheduling order, (ECF 97).

Respectfully submitted:

**J. COLLIN SIMS**
**DISTRICT ATTORNEY**
**22ND JUDICIAL DISTRICT**

By: _____
**JAMES J. BOLNER, JR. (La. Bar Roll No. 21485)**
**ANGEL L. BYRUM (La. Bar Roll No. 30423)**
**ALEX L.M. DUCROS (La. Bar Roll No. 32128)**
**Assistant District Attorneys**
21454 Koop Drive, Suite 2G
Mandeville, Louisiana 70471
Telephone: (985) 898-3427
Facsimile: (985) 867-5124
Email: jjbolner@22da.com
albyrum@22da.com
aducros@22da.com
*Counsel for Defendants*

2