UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM R. MCHUGH, III, ET AL. | CIVIL ACTION |
| VERSUS | NO. 24-1300 |
| ST. TAMMANY PARISH, ET AL. | SECTION "O" |

### ORDER

**IT IS ORDERED** that Plaintiffs' responses to Defendants' witness objections,[1] Defendants' exhibit objections,[2] and Defendants' legislative-privilege objections[3] must be filed by 6:00 p.m. on Wednesday, October 9, 2024.

New Orleans, Louisiana, this 7th day of October, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 109.
[2] ECF No. 110.
[3] ECF No. 111.