UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIAM R. MCHUGH, III, ET AL.                    CIVIL ACTION

VERSUS                                             NO. 24-1300

ST. TAMMANY PARISH, ET AL.                         SECTION "O"

## ORDER

**IT IS ORDERED** that a telephone status conference will be held on Friday, October 11, 2024 at 1:30 p.m. The Court will email counsel the instructions necessary to participate.

New Orleans, Louisiana, this 10th day of October, 2024.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE