# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 11, 2024
Lyle W. Cayce
Clerk

No. 24-30523

ANTHONY PARR; REBECCA TAYLOR; WILLIAM R. MCHUGH, III,

    *Plaintiffs—Appellees*,

*versus*

DAVID COUGLE,

    *Defendant—Appellant*,

KATHY SEIDEN; CHERYL TANNER; MARTHA J. CAZAUBON; PATRICK BURKE; ARTHUR LAUGHLIN; LARRY ROLLING; RICK SMITH; JEFFERY CORBIN,

    *Intervenor Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:24-CV-1300

_____

UNPUBLISHED ORDER

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that the Appellants' opposed motion to stay all

district court proceedings is DENIED.[1]  The district court shall proceed in its hearing on the motion for a preliminary injunction as if it granted the Appellants' motion in limine.  The evidence that Appellants sought to exclude is "involved in [this] appeal" and the "district court is divested of jurisdiction" to consider it.  *Taylor v. Sterrett*, 640 F.2d 663, 667 (5th Cir. 1981).

IT IS FURTHER ORDERED that the Appellants' motion to expedite appeal is GRANTED.

---

[1] JUDGE DUNCAN would grant the emergency stay of the October 15 preliminary injunction hearing.