MINUTE ENTRY
LONG, J.
October 16, 2024
JS10: 03:54

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM R. MCHUGH, III, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1300** |
| **ST. TAMMANY PARISH, ET AL.** | **SECTION "O"** |

**PRELIMINARY INJUNCTION HEARING**

Courtroom Deputy: Jeff Scalco
Court Reporter:    Nichelle Wheeler

APPEARANCES:   Bruce Hamilton, Counsel for Plaintiff
James Bolner, Jr., Alex Ducros, and Angel Byrum, Counsel for Defendants

Plaintiff's Second MOTION for Preliminary Injunction (R. Doc. 93)
Case called at 8:36 a.m.; all present and ready.
Defense witness: David Cougle, sworn, testified.
Defense Exhibits 36 – 41, 63, 79, offered, admitted.
Plaintiff Exhibits 9, 11, 12, 18, 124, 128, 56, 64, 69, 92, 100, offered, admitted.
Defense witness: Arthur Laughlin, sworn, testified.
Defense Exhibits 32, 33, 237, 8a, 47, 231, 232, offered, admitted.
Defense witness: Kelly LaRocca, sworn, testified.
Closing statements made by both parties.
Plaintiff's Second MOTION for Preliminary Injunction (R. Doc. 93) is DENIED for reasons orally stated on the record.
Court adjourned.